■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BLAYLOCK, Appellant. [1 NYS3d 868]—

Appeal by the defendant from an order of the Supreme Court, Nassau County (Delligatti, J.), dated August 1, 2013, which, after a hearing, designated him a level two sexually violent offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The appellant's contention that the Supreme Court erred in considering a 1977 conviction of robbery in the first degree in connection with the assessment of 30 points under risk factor nine (number and nature of prior crimes) is without merit (*see People v Seals*, 112 AD3d 803 [2013]; *People v Camacho*, 35 AD3d 424 [2006]; *People v Sinclair*, 23 AD3d 537 [2005]).

The appellant's remaining contentions are also without merit.

Accordingly, the Supreme Court properly designated the appellant a level two sexually violent offender. Mastro, J.P., Dickerson, Maltese and Barros, JJ., concur.